Ronald L. Richman (SBN 139189)
Email: ron.richman@bullivant.com
Edward D. Winchester (SBN 271500)
Email: edward.winchester@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants Oregon Ice Cream, LLC and Tom Gleason

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLEMMY'S, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OREGON ICE CREAM, LLC, a Delaware Limited Liability Company; TOM GLEASON, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV1302991 VAP (SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, EACH PART TO BEAR ITS OWN COSTS AND FEES** |

### **ORDER**

　　The parties having filed the Stipulation for Dismissal with Prejudice and good cause appearing:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –
ORDER DISMISSING CASE WITH PREJUDICE

1    IT IS HEREBY ORDERED that this case be and hereby is dismissed, with
2 prejudice, in its entirety, each party to bear its own fees and costs.

DATED:  November_15, 2013

By:_____
Hon. Virginia A. Phillips
United States District Judge

14289399.1

*****

— 2 —
ORDER DISMISSING CASE WITH PREJUDICE